| | | | |
|---|---|---|---|
| | AUSA: | Barbara Lanning | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Justin Henry, ATF | Telephone: (313) 410-2825 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>BREWSTER, Lawrence Lee | Case: 2:26−mj−30415<br>Assigned To : Unassigned<br>Assign. Date : 7/13/2026<br>Description: RE: LAWRENCE LEE<br>BREWSTER (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 11, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Henry, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____July 13, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Justin K. Henry, being duly sworn, depose and state the following:

## I.      INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since May 2014. I am currently assigned to ATF Group IV. Prior to being employed as a Special Agent, I was a police officer with the Wayne State University Police Department for more than six years. During that time, I held assignments with an ATF Task Force and the Wayne County Sheriff's Office Narcotics Enforcement Task Force. I am a graduate of the ATF Special Agent Basic Training Program and of the Oakland County Community College Police Academy. I have also earned a Master of Arts Degree in Criminal Justice from Wayne State University.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.      ATF is currently conducting a criminal investigation concerning Lawrence Lee BREWSTER, for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.   PROBABLE CAUSE

4.      I reviewed a computerized criminal history and Michigan Third Circuit Court records for BREWSTER, which revealed the following felony arrests and convictions:

a. On or about March 23, 2017, BREWSTER was charged with felony possession of a financial transaction device and felony illegal sale or use of a financial transaction device in Wayne County Third Circuit Court. On April 6, 2017, BREWSTER pleaded as charged. BREWSTER was sentenced to one year of probation pursuant to the Holmes Youthful Trainee Act (HYTA). BREWSTER violated the terms of HYTA and his status was revoked on June 22, 2022.

b. On or about September 12, 2017, BREWSTER was charged with delivery/manufacture of marijuana in Wayne County Third Circuit Court. On September 19, 2017, BREWSTER pleaded as charged. BREWSTER was sentenced to 18 months' probation pursuant to the Holmes Youthful Trainee Act (HYTA). BREWSTER violated the terms of HYTA and his status was revoked on June 22, 2022.

c. On or about March 16, 2022, BREWSTER was charged with carrying a concealed weapon in Wayne County Third Circuit Court. On March 25, 2022, BREWSTER pleaded guilty to a reduced count of attempt carrying a concealed weapon. BREWSTER was subsequently sentenced to two years' probation.

d. On or about September 3, 2022, BREWSTER was charged with five counts of felony uttering and publishing and one count of felony larceny in Wayne County Third Circuit Court. On November 28, 2022, BREWSTER pleaded *nolo contendere* to one count of uttering and publishing. BREWSTER was subsequently sentenced to two years' probation.

e. On or about December 4, 2022, BREWSTER was charged with felon in possession of a firearm, carrying a concealed weapon, and felony firearm in in Wayne County Third Circuit Court. On May 17, 2023, BREWSTER pleaded guilty to one count of felon in possession of a firearm. BREWSTER was subsequently sentenced to two years' probation with the first six months to be served in the county jail.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time

3

BREWSTER has spent under supervision as a result of his felony convictions, and the fact that he has been previously convicted of the offense felon in possession of a firearm, there is probable cause to believe that BREWSTER is aware of his status as a convicted felon.

## II. PROBABLE CAUSE

6. On July 11, 2026, after 10:00 p.m., Detroit Police officers on patrol in the area of Grove Street and Ferguson Street observed a red 2007 Chevrolet HHR traveling on Grove Street. Officers got behind the HHR, and the driver of the HHR shut off the vehicle's lights and sped up after turning onto Biltmore. The officers initiated a traffic stop by turning on their overhead lights. The passenger in the HHR threw a firearm from the vehicle.

7. Officers stopped their car and retrieved the firearm, a Smith and Wesson, M&P 15-22, .22 caliber rifle. The HHR stopped near the intersection of Biltmore and Verne. The passenger, who was wearing an all-black ski mask, got out of the HHR and ran from the vehicle. Officers chased after the passenger.

8. A police K9 unit tracked the passenger to a house on Ferguson Street. A police helicopter in the area located the passenger on top of a garage behind a residence on Ferguson Street. Officers ordered the passenger to come down and he complied. Officers identified the passenger as Lawrence Lee BREWSTER.

9. On July 13, 2026, I contacted ATF Interstate Nexus Expert, Special

4

Agent Kara Klupacs, and provided information about the Smith and Wesson, M&P 15-22, .22 caliber rifle. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

**III.    CONCLUSION**

10.    Probable cause exists to believe that Lawrence Lee BREWSTER, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Smith and Wesson, M&P 15-22, .22 caliber rifle, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).  This violation occurred on or about July 11, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

_____
Justin Henry, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: _____ July 13, 2026 _____

5